IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS FELIPE LOPEZ-ROJAS,<br>ALFONSO BANDERAS-MARTINEZ<br>and ANGEL GUZMAN-BANDEROS,<br><br>Defendants. | CR 16-53-BLG-SPW<br><br>ORDER |

Upon the United States' Motion to Seal United States' Motion for Writ of Habeas Corpus (*Ad Testificandum*) and Writ of Habeas Corpus (*Ad Testificandum*) (Doc. 57), and for good cause being shown,

IT IS HEREBY ORDERED that the Motion to File United States' Motion for Writ of Habeas Corpus and Writ of Habeas Corpus under seal is **GRANTED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 26th day of September, 2016.

SUSAN P. WATTERS
United States District Judge

1