

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-53-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LUIS FELIPE LOPEZ-ROJAS, ALFONSO BANDERAS-MARTINEZ and ANGEL GUZMAN-BANDERAS, | |
| Defendants. | |

IT IS HEREBY ORDERED that the trial in this matter set for Tuesday, October 18, 2016 at 9:00 a.m. is **VACATED.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 14th day of October, 2016.

SUSAN P. WATTERS
United States District Judge